FRANCES R. McEWEN and Another, Respondents, v. OX FIBRE BRUSH COMPANY, INC., and Others, Defendants, and THOMAS A. UNSWORTH, Appellant.— Appeal from a part of an order granting an examination of the defendants and

requiring the production on such examination of certain books, records and documents. Order, in so far as an appeal is taken therefrom, affirmed, with fifty dollars costs and disbursements. The examination may proceed at the place fixed in the order on five days' notice. Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ., concur.